HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SUNPOINTE TOWNHOMES ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation; AMERICAN ECONOMY INSURANCE COMPANY, an Indiana Corporation; AMERICAN STATES INSURANCE COMPANY, a Massachusetts Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:22-cv-01591-RSL<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS SAFECO INSURANCE COMPANY OF AMERICA, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, AND LIBERTY MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Sunpointe Townhomes Association (the "Association") hereby dismisses its claim against Defendants Safeco Insurance Company of America, American Economy Insurance Company, American States Insurance Company, and Liberty Mutual Insurance Company (hereinafter collectively referred to as "Defendants") without prejudice and without costs. The Defendants have not served either an answer or a motion for summary judgment, and Fed. R. Civ. P. Rules 23(e), 23.1(c), 23.2 and 66 do not apply to this action. Accordingly, the Association may dismiss its claim against Defendants without a court order pursuant to Fed. R. Civ. P. 41(a).

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS SAFECO INSURANCE COMPANY OF AMERICA, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, AND LIBERTY MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

Dated the 16th day of February, 2023.

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
Jerry H. Stein, WSBA #27721
/s/ *Justin D. Sudweeks*
Justin D. Sudweeks, WSBA #28755
/s/ *Daniel J. Stein*
Daniel J. Stein, WSBA #48739
/s/ *Jessica R. Burns*
Jessica R. Burns, WSBA #49852
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS SAFECO INSURANCE COMPANY OF AMERICA, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, AND LIBERTY MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660